IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

AUDREY DENISE ROBERTSON                                                             PLAINTIFF

vs.                                                    CIVIL ACTION NO.:  2:12cv57-MPM-DAS

LIBBY MULLINS, et al.                                                               DEFENDANTS

## JUDGMENT

Before the Court for consideration is the Report and Recommendation of the United States Magistrate Judge dated October 29, 2012, which was on that date duly served by mail upon the *pro se* plaintiff at her last known address.  Plaintiff acknowledged her receipt of the Report and Recommendation on November 6, 2012, and more than fourteen days have elapsed since service of the Report and Recommendation without an objection filed by Plaintiff.  The Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore **ORDERED**:

1.  That the Report and Recommendation of the United States Magistrate Judge dated October 29, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2.  That the defendants, Libby Mullins, Laura Hopson, and the First Shift Bolivar County Officers, are **DISMISSED** from this cause.

3.  That Plaintiff's claim of property deprivation against the remaining defendant, Jane Shegog, will **PROCEED**.

THIS the 28th day of November, 2012.

/s/ Michael  P. Mills
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**